JERRY S. BUSBY
Nevada Bar #001107
GREGORY A. KRAEMER
Nevada Bar No. 010911
COOPER LEVENSON APRIL
  NIEDELMAN & WAGENHEIM, P.A.
6060 Elton Avenue – Suite A
Las Vegas, Nevada 89107
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
gkraemer@cooperlevenson.com

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN BENJAMIN, on behalf of himself and all similarly situated persons<br><br>Plaintiffs,<br><br>vs.<br><br>GLOBAL CREDIT & COLLECTION CORPORATION, a foreign corporation; DOES I – V, inclusive and ROE CORPORATIONS VI – X, inclusive,<br><br>Defendants. | CASE NO. 2:11-cv-01840-KJD-GWF<br><br>**NOTICE OF CHANGE OF ATTORNEYS FOR DEFENDANT** |

    NOTICE is hereby given that Vernon A. Nelson, Jr., Esq., and Frank Toddre, II, Esq. have left the firm of COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A. and the attorneys that will now be handling this case on behalf of Defendant GLOBAL CREDIT &

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

CLAC 1770465.1

COLLECTION CORPORATION are Jerry S. Busby, Esq. and Gregory A. Kraemer, Esq. of the law firm COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A.

Dated this 23rd day of November, 2012.

        COOPER LEVENSON APRIL
        NIEDELMAN & WAGENHEIM, P.A.


     By /s/ Jerry S. Busby
       Jerry S. Busby
       Nevada Bar No. 001107
       6060 Elton Avenue – Suite A
       Las Vegas, Nevada  89107
       Attorneys for Defendant
       SMITH'S FOOD & DRUG CENTERS, INC.

CLAC 1770465.1

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A. and that on this 23rd day of March, 2012, I did cause a true copy of the foregoing **NOTICE OF CHANGE OF ATTORNEYS FOR DEFENDANT** to be served via CM/ECF electronic filing upon the following person(s):

Craig B. Friedberg, Esq.
4760 South Pecos Road – Suite 103
Las Vegas, NV  89121
Attorney for Plaintiff

By _____
An Employee of
COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM, P.A.

3

CLAC 1770465.1