JERRY S. BUSBY
Nevada Bar #001107
GREGORY A. KRAEMER
Nevada Bar #010911
COOPER LEVENSON APRIL
    NIEDELMAN & WAGENHEIM, P.A.
6060 Elton Avenue – Suite A
Las Vegas, Nevada 89107
(702) 366-1125
FAX: (702) 366-1857
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN BENJAMIN, on behalf of himself And all similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL CREDIT & COLLECTION CORPORATION, a foreign corporation, DOES I-V inclusive and ROE Corporations VI-X, inclusive<br><br>Defendants. | CASE NO. 2:11-cv-01840-KJD-GWF<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SPECIAL SCHEDULING REVIEW REQUESTED** |

COMES NOW Defendant GLOBAL CREDIT & COLLECTION CORPORATION, by and through its counsel, GREGORY A. KRAEMER, ESQ., of COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM P.A., and Class Plaintiffs by and through their counsel CRAIG B. FRIEDBERG, ESQ., of THE LAW OFFICE OF CRAIG B. FRIEDBERG and hereby submit this proposed discovery plan and scheduling order.

Class Plaintiff and the class of persons he seeks to represent, and Defendant, by and through their respective counsels, hereby stipulate to the following Discovery Plan and Scheduling Order ("Discovery Plan"), pursuant to Local Rule 26-1 et seq.,

Defendant filed its answer on January 20, 2012. The parties held a FRCP 26(f) conference on March 16, 2012, and will exchange their FRCP 26(a) initial disclosures on or before March 30, 2012.

/ / /

CLAC 1768903.1

The parties have agreed to the various discovery and pre-trial time periods different from those set forth in LR 26-1(e) for the following reasons:

The parties wish to add an additional 90 days to the standard six (6) month discovery period to allow them to conduct informal discovery regarding class size, net worth and actual damages in order to resolve the case on a class-wide basis without driving up attorney fees and costs. However, should these efforts not be successful, the parties believe that the full time allowed pursuant to LR 26(e) will be needed to complete discovery. The parties agree to follow LR 26(e) for the other prescribed scheduling deadlines from this extended discovery date.

A. **Discovery in the above-entitled action shall be completed on or before October 16, 2012** (270 days from the date defendant answered).

B. **Amending the Pleadings and Adding Parties** are required on or before **July 16, 2012** (not later than ninety (90) days prior to the close of discovery).

C. Fed. R. Civ. P. 26(a)(2)(C) **disclosures concerning experts** are required on or before **August 17, 2012** (sixty (60) days before the discovery cut-off date) and **disclosures respecting rebuttal experts** are required on or before **September 17, 2012** (thirty-one (31) days after the initial disclosure of experts; 30th day falls on a Sunday).

D. The parties shall submit an **interim status report** on or before **August 17, 2012** (sixty (60) days before the discovery cut-off date), stating the time they estimate will be required for trial, giving three (3) alternative available trial dates, and stating whether, in the opinion of counsel who will try the case, trial will be eliminated or its length affected by substantive motions.

E. The date for filing **Dispositive Motions** shall not be later than **November 15, 2012** (thirty (30) days after the discovery cut-off date).

F. Class plaintiffs shall have until **August 1, 2012 within which to file their motion for class certification.** Defendant shall have until **twenty-one (21) days from the date of service of the motion within which to respond** to such motion. Class plaintiffs shall have **twenty-one (21) days from the date of service of the response** to reply to said response.

G. The **joint pretrial order** shall be filed not later than **December 17, 2012**   (thirty (32)

2

days after the date set for filing dispositive motions; the 30th day falls on a Saturday). In the event dispositive and/or class certification motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision of the dispositive and/or class certification motions or further order of the court. Unless the discovery plan otherwise provides and the court so orders, the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

H.   Last date to move for extension of discovery under LR 26-4 (21 days before the discovery deadline): **September 26, 2012**.

DATED this 23rd day of March, 2012.

| LAW OFFICE OF<br>CRAIG B. FRIEDBERG | COOPER LEVENSON APRIL<br>NIEDELMAN & WAGENHEIM, P.A |
|---|---|
| /s/ Craig B. Friedberg<br>CRAIG B. FRIEDBERG, ESQ.<br>Nevada Bar No. 004606<br>4760 S. Pecos Rd.-#103<br>Las Vegas, NV 89121<br>(702) 435-7968<br>Attorneys for Plaintiff | /s/ Gregory A. Kraemer<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>GREGORY A. KRAEMER, ESQ.<br>Nevada Bar No.010911<br>6060 Elton Avenue – Suite A<br>Las Vegas, NV 89107<br>Attorneys for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____

CLAC 1768903.1